```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Clinton S. Brown

                                         v.

Edward Reilly, Warden,                   Case No. 15-cv-20-LM
Northern New Hampshire
Correctional Facility


                                O R D E R

    After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 8, 2015, for the reasons set forth therein.  Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability.  See 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

    SO ORDERED.

                                                   _____
                                                   Landya B. McCafferty
                                                   United States District Judge

Date: July 23, 2015

 cc:  Clinton S. Brown, pro se